# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIJAH DOMINGUEZ,**<br><br>　　　　Plaintiff**,**<br><br>　vs.<br><br>**FEDERAL BUREAU OF INVESTIGATION, ET AL.,**<br><br>　　　　Defendants**.** | CASE NO. 17-cv-02650-YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION** |

Plaintiff Elijah Dominguez is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to file an amended complaint timely and failure to prosecute pursuant to the Federal Rules of Civil Procedure, Rule 41.

On August 21, 2017, the Court issued its order dismissing the complaint filed in this matter and requiring Dominguez to file an amended complaint no later than September 15, 2017. Dominguez subsequently filed a request for an extension of time, which the Court granted to permit Dominguez to file an amended complaint no later than November 3, 2017.

As of the date of this order, no amended complaint or other request has been filed by Dominguez. A written response to this Order to Show Cause must be filed no later than **November 30, 2017**. Failure to file a response timely will result in dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: November 16, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**