# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIJAH DOMINGUEZ,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**FEDERAL BUREAU OF INVESTIGATION, ET AL.,**<br>　　　　Defendants**.** | CASE NO. 17-cv-02650-YGR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On November 16, 2017, the Court issued an Order to Show Cause to plaintiff Elijah Dominguez why this action should not be dismissed for failure to file an amended complaint timely and failure to prosecute pursuant to the Federal Rules of Civil Procedure, Rule 41. The Order to Show Cause required that a written response be filed no later than November 30, 2017. The Order to Show Cause further notified Plaintiff that failure to file a response timely will result in dismissal of this action without further notice.

Plaintiff did not file any document by the November 30, 2017 deadline, nor has any document been filed as of the date of this Order.

The Court therefore **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: December 12, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**